# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**697**

**CA 12-02221**

PRESENT: SCUDDER, P.J., PERADOTTO, LINDLEY, AND SCONIERS, JJ.

---

IN THE MATTER OF DARRYL R. VAUGHN,
PETITIONER-APPELLANT,

V                                                                    ORDER

STEPHANIE M. MAHON, RESPONDENT-RESPONDENT.

---

THE CHARLAP LAW FIRM, ELMIRA (ALLAN G. CHARLAP OF COUNSEL), FOR
PETITIONER-APPELLANT.

SAYLES & EVANS, ELMIRA (L. CRARY MYERS, III, OF COUNSEL), FOR
RESPONDENT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Steuben County (Peter C. Bradstreet, A.J.), entered August 28, 2012. The order denied the application of petitioner for an order committing respondent to prison.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered: June 7, 2013                                    Frances E. Cafarell
                                                          Clerk of the Court